DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TERRY C. LANCASTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2322
_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Terry C. Lancaster, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.